IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA S. CHANDLER, : |  |
|       Plaintiff, : |  |
| : |  |
| v. : | Civil No. 5:21-cv-05101-JMG |
| : |  |
| LA-Z-BOY, INC., : |  |
|       Defendant. : |  |

**ORDER**

**AND NOW**, this 4th day of February 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 3) and Plaintiff's opposition thereto (ECF No. 4), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. The Motion (ECF No. 3) is **GRANTED.**

2. Plaintiff's claims are **DISMISSED without prejudice.**

3. Plaintiff is granted leave to file an amended complaint. Plaintiff is **DIRECTED** to file any amended complaint no later than **March 4, 2022.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge