IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERICA S. CHANDLER, :
          Plaintiff, :
:
v. : Civil No. 5:21-cv-05101-JMG
:
LA-Z-BOY, INC., :
          Defendant. :

**ORDER**

**AND NOW**, this 15th day of August, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 8), Plaintiff's opposition thereto (ECF No. 9), Plaintiff's Motion to Withdraw (ECF No. 10), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss (ECF No. 8) is **GRANTED.** Plaintiff's claims are **DISMISSED with prejudice.**

2. The Motion to Withdraw (ECF No. 10) is **GRANTED.**

3. The Clerk is **DIRECTED** to mark this case as **CLOSED.**

                                      BY THE COURT:


                                      */s/ John M. Gallagher*
                                      JOHN M. GALLAGHER
                                      United States District Court Judge